## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: RAYMOND BAR INCORPORATED § | Case No. 06-15695 |
| § | |
| TRACKS, DOWN THE § | |
| Debtor(s) § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 12/10/2010 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 North Ottawa Street
Joliet, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/16/2010_____    By:  /s/BRADLEY J. WALLER_____
                                              Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: RAYMOND BAR INCORPORATED § Case No. 06-15695
§
TRACKS, DOWN THE §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,025.45 |
| *and approved disbursements of* | $ 2,899.99 |
| *leaving a balance on hand of* [1] | $ 3,125.46 |
| **Balance on hand:** | $ 3,125.46 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 3,125.46 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 1,352.55 | 0.00 | 1,352.55 |
| Trustee, Expenses - BRADLEY J. WALLER | 80.00 | 0.00 | 80.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,432.55 |
| Remaining balance: | $ 1,692.91 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

        Total to be paid for prior chapter administrative expenses:  $    0.00
        Remaining balance:  $    1,692.91

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Department of the Treasury-Internal Revenue Servic | 3,000.00 | 0.00 | 1,692.91 |

        Total to be paid for priority claims:  $    1,692.91
        Remaining balance:  $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,154.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | City of Joliet | 63,091.00 | 0.00 | 0.00 |
| 4 | City of Joliet | 130.00 | 0.00 | 0.00 |
| 5 | Liberty Mutual Insurance Company | 933.00 | 0.00 | 0.00 |

        Total to be paid for timely general unsecured claims:  $    0.00
        Remaining balance:  $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

Case 06-15695   Doc 22   Filed 11/16/10   Entered 11/16/10 16:25:47   Desc Main
                            Document      Page 5 of 5

```
 ─────────────────────────
| Bankruptcy Noticing Center                CERTIFICATE OF SERVICE
| 2525 Network Place, 3rd Floor
| Herndon, Virginia 20171-3514
 ─────────────────────────
```

District/off: 0752-1          User: mmiller            Page 1 of 1              Date Rcvd: Dec 01, 2006
Case: 06-15695                Form ID: b9b             Total Served: 14

The following entities were served by first class mail on Dec 03, 2006.
db           +Raymond Bar Incorporated,    16232 Vintage Drive,    Plainfield, IL 60586-6229
aty          +Patrick A Meszaros,    Law Offices Of Patrick A Meszaros,    1256 W Jefferson St Suite 201,
               Joliet, IL 60435-6889
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
11037237     +All Secure, Inc.,    P.O. Box 884,    New Lenox, IL 60451-0884
11037238     +Allied Interstate, Inc - DAL1,    P.O. BOx 361594,    Columbus, OH 43236-1594
11037239      BMI General Licensing,    P.O. Box 406741,    Atlanta, GA 30384-6741
11037240     +Chamber of Commerce,    PO Box 752,    Joliet, IL 60434-0752
11037241     +City of Joliet,    150 West Jefferson St.,    Joliet, IL 60432-4158
11037242     +City of Joliet - Alarm System Mgr,    150 W. Washington St.,    Joliet, IL 60432-4139
11037243     +First Midwest Bank,    300 N. Hunt Club Rd.,    Gurnee, IL 60031-2502
11037244     +IMBS,    P.O. Box 189053,    Plantation, FL 33318-9053
11037245     +Liberty Mutual Group,    P.O. Box 8090,    Wausau, WI 54402-8090
11037246     +Marc Raymond and Debra Raymond,    16232 Vintage Dr.,    Plainfield, IL 60586-6229
11037247     +Will County Treasurers Office,    302 N. Chicago Street,    Joliet, IL 60432-4059

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2006                   Signature:    *Joseph Speetjens* (signature)